# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO. 8:18-cr-538-T-27AEP | DATE: April 16, 2019 |
|---|---|
| **HONORABLE JAMES D. WHITTEMORE** | **INTERPRETER:** N/A |
| | **LANGUAGE:** |
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MELISSA JAMES** (Custody) | **GOVERNMENT'S COUNSEL:**<br>AUSA Randy Leonard<br>with Case Agent Keary Hunt for<br>AUSA Taylor G. Stout<br><br>**DEFENDANT'S COUNSEL:**<br>David A. Dee, CJA |
| **COURT REPORTER:** David Collier | **PROBATION OFFICER:** Deanna Figlewski |
| **TIME:** 1:36 P.M. – 2:33 P.M. | **TOTAL:** 57 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | **COURTROOM:** 13B |

**PROCEEDINGS: CRIMINAL MINUTES – SENTENCING REFORM ACT MINUTES**

The defendant pled guilty to Count One of the Indictment.

The guilty plea has been accepted and the Court has adjudged the defendant guilty of that offense.

The Government's motion for the additional level for acceptance of responsibility is Granted.

Defendant first objects to the PSR and states that she is eligible for a 2-level reduction in her base offense level under Section 402 of the First Step Act.

For the reasons articulated on the record, Defendant's first objection is overruled.

Defendant second objects to the PSR and argues she is a minor participant in a criminal activity and is permitted to receive a two-level reduction in her guidelines calculation.

For the reasons articulated on the record, the Court finds that the defendant is not able to carry her burden of establishing entitlement to a mitigating role adjustment under 3B1.2 of the United States Sentencing Guidelines.

Defense counsel addresses the Court.

The defendant addresses the Court.

Government's counsel addresses the Court.

For the reasons articulated on the record, the Court varies 2 levels and sentences the defendant as follows:

Imprisonment: 30 months.

Supervised Release: 3 years [36 months].

Standard terms and conditions apply.

Special conditions:

- The defendant shall participate in a substance abuse program (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Substance Abuse Treatment Services. During and upon completion of this program, the defendant is directed to submit to random drug testing.

- The defendant shall participate in a mental health treatment program (outpatient and/or inpatient) and follow the Probation Officer's instructions regarding the implementation of this court directive. Further, the defendant shall contribute to the costs of these services not to exceed an amount determined reasonable by the Probation Office's Sliding Scale for Mental Health Treatment Services.

- The defendant shall cooperate in the collection of DNA, as directed by the Probation Officer.

- The mandatory drug testing requirements of the Violent Crime Control Act are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

Fine is waived.

Special Assessment: $100.00 to be paid immediately.

Court's recommendations to the Bureau of Prisons:

- The defendant shall undergo an immediate complete medical evaluation in light of her cardiac history;

- The defendant shall be designated to a medical facility for females at Marianna Federal Correctional Institution or Tallahassee Federal Correctional Institution, whichever facility is closest to Adel, Georgia, where the defendant's family resides; and

- If eligible, the defendant shall be allowed to participate in the 500-hour Residential Drug Abuse Program (RDAP). The Court adopts as its factual findings in support of this recommendation, paragraph 44 of the Presentence Investigation Report.

The defendant is advised of her right to appeal and to counsel on appeal.

**GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING:**

| | |
|---|---|
| Total Offense Level | 23 |
| Criminal History Category: | II |
| Imprisonment Range | 51 months – 63 months |
| Supervised Release Range | 2 years - 5 years |
| Restitution: | N/A |
| Fine Range | $20,000.00 - $5,000,000.00 |
| Special Assessment | $100.00 |